UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


| | | |
|---|---|---|
| DONNA PILCH, | ) | **JUDGMENT** |
| Plaintiff, | ) | |
| | ) | No. 5:11-CV-382-H |
| v. | ) | |
| | ) | |
| ROY COOPER, | ) | |
| Defendant. | ) | |


**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendant's motion to dismiss.**

**IT IS ORDERED, ADJUDGED AND DECREED defendant's motion to dismiss is granted and this matter is dismissed. Plaintiff shall have and recover nothing of the defendant.**


This Judgment Filed and Entered on Tuesday, December 13, 2011 with service on:

Donna M. Pilch (via US Mail), 1114 Autumn Day Drive, Morrisville, NC 27560
Jennifer Joy Strickland (via cm/ecf Notice of Electronic Filing)


Date: December 13, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk